

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00394-CV

———————————————

IN RE AUSTIN MARK WEAVER, Relator

———

Original Proceeding
371st District Court of Tarrant County, Texas
Trial Court No. 1863731

———

Before Womack, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion on Rehearing

**MEMORANDUM OPINION ON REHEARING**

After we issued our August 7, 2025 memorandum opinion denying relator's "Petition for Writ of Habeas Corpus"—filed as an original proceeding instead of a direct appeal from a trial court order—the State filed a "State's Motion for Rehearing." We deny that motion, but we also withdraw our August 7, 2025 memorandum opinion and substitute the following to clarify the disposition.

The court has considered relator's Petition for Writ of Habeas Corpus and is of the opinion that relief should be denied because this court lacks jurisdiction to grant relief. *See* Tex. Code Crim. Proc. Ann. art. 11.05; Tex. Gov't Code Ann. § 22.221(a), (d). Accordingly, relator's Petition for Writ of Habeas Corpus is denied. *See* Tex. R. App. P. 52.8(a).

Per Curiam

Delivered: September 15, 2025